**FILED**
October 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Max Pruitt, ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-424 FCD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Max Pruitt   Case  2:07-cr-424 FCD   from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _    Release on Personal Recognizance

     _    Bail Posted in the Sum of _____

     X    Unsecured bond in the amount of $25,000

     _    Appearance Bond with 10% Deposit

     _    Appearance Bond secured by Real Property

     _    Corporate Surety Bail Bond

     X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  10/16/07   at   3:00 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge