DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MAX PRUITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-424 FCD |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
|  | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
|  | ) |  |
| MAX PRUITT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

_____

This case is currently scheduled for a status hearing on January 8, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 8, 2008, be continued until February 25, 2008 at 10:00 a.m.  In addition, the parties stipulate that the time period from January 8, 2008, to February 25, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1  DATED: January 4, 2008

              Respectfully submitted,

   McGREGOR W. SCOTT                    DANIEL BRODERICK
   United States Attorney               Federal Defender


    /s/Lexi Negin for Heiko Coppola      /s/ Lexi Negin
   Heiko Coppola                        LEXI NEGIN
   Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Max Pruitt

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. CR-S-07-424 FCD |
| )  Plaintiff,       ) | |
| v.                            ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MAX PRUITT,                    ) | |
| Defendant.      ) | |

For the reasons set forth in the stipulation of the parties, filed on January 4, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 8, 2008, be vacated and that the case be set for Monday, February 25, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 4, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 8, 2008, through February 25, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 4, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2