DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MAX PRUITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-424 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| MAX PRUITT, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on April 28, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 28, 2008, be continued until June 23, 2008 at 10:00 a.m.  In addition, the parties stipulate that the time period from April 28, 2008, to June 23, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

/////

/////

/////

1

DATED: April 22, 2008

Respectfully submitted,

McGREGOR W. SCOTT  
United States Attorney

DANIEL BRODERICK  
Federal Defender

 /s/Lexi Negin for Heiko Coppola  
Heiko Coppola  
Assistant U.S. Attorney  
Attorney for United States

 /s/ Lexi Negin  
LEXI NEGIN  
Assistant Federal Defender  
Attorney for Max Pruitt

## **ORDER**

For the reasons set forth in the stipulation of the parties, filed on April 22, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for April 28, 2008, be vacated and that the case be set for Monday, June 23, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 22, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 28, 2008, through June 23, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 22, 2008

FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE

1