DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MAX PRUITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-0424 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | SENTENCING HEARING AND TO ALTER |
| | ) | PRESENTENCE INVESTIGATION REPORT |
| | ) | SCHEDULE |
| MAX PRUITT, | ) | |
| | ) | Judge: Frank C. Damrell, Jr. |
| Defendant. | ) | |

_____

It is hereby stipulated and agreed to between the parties, Heiko Coppola, Assistant United States Attorney, and Lexi Negin, attorney for defendant, Max Pruitt, to continue Mr. Pruitt's sentencing to November 10, 2008.  The parties and the United States Probation Office also jointly request to alter the pre-sentence investigation schedule as follows:

| | |
|---|---|
| Informal Objections Due to Probation | October 20, 2008 |
| Final Report Due to the Court | October 27, 2008 |
| Formal Objections and Sentencing Memoranda Due to the Court | November 3, 2008 |
| Judgment and Sentencing | November 10, 2008 |

///

///

///

1  Dated: September 18, 2008
2                      Respectfully submitted,
3                      DANIEL J. BRODERICK
                    Federal Defender

5                      /s/ Lexi Negin
                    LEXI NEGIN
6                      Assistant Federal Defender

8  Dated: September 18, 2008        MCGREGOR W. SCOTT
9                      United States Attorney

                    /s/ Lexi Negin for Heiko Coppola
11                     HEIKO COPPOLA
                    Assistant U.S. Attorney

13 **IT IS SO ORDERED:**

15 Dated:  September 18, 2008

                    FRANK C. DAMRELL, JR.
16                     UNITED STATES DISTRICT JUDGE