1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI A. NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MAX PRUITT

FILED

NOV 1 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-424 FCD |
|---|---|
| Plaintiff, | ) |
| | ) ORDER SEALING RECORD |
| v. | ) |
| MAX PRUITT, | ) |
| Defendant. | ) |

On November 6, 2008, the Court received Sentencing Memorandum. This Sentencing Memorandum contains personal information.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal and serve it on the parties.

Dated: 11/10/08

FRANK C. DAMRELL
United States District Court