McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-0424 FCD |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| MAX PRUITT, ) | |
| Defendant. ) | |

WHEREAS, on July 23, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Max Pruitt forfeiting to the United States the following property:

    a.   One Western Digital Caviar 26400 IDE hard drive, serial number WT609;

    b.   One Dell Optiplex hard drive, removed from a Dell Optiplex GX110 computer, serial number 14GPG01; and

    c.   One Dell Optiplex GX110 computer, serial number 14GPG01.

AND WHEREAS, on August 8, 15, and 22, 2008, the United States published notice of the Court's Preliminary Order of Forfeiture in

The Oroville Mercury-Register (Butte County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Max Pruitt.

   2.   All right, title, and interest in the above-listed property shall vest solely in the United States of America.

   3.   The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

   SO ORDERED this 29th day of December, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE